THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNIE McMULLEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

MOHAIYUDDIN KHAN, Respondent, v. HARRY RIMBERG et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. RICHARD O'CONNOR, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHERN PACIFIC RAILWAY COMPANY, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [560 Fifth Ave., Borough of Manhattan.] — Order modified by fixing the values as follows:

| | Land | Building | Total |
|---|---|---|---|
| 1944–45 | $480,000 | $50,000 | $530,000 |
| 1945–46 | 500,000 | 50,000 | 550,000 |
| 1946–47 | 550,000 | 50,000 | 600,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellant. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Glennon and Shientag, JJ., dissent and vote to affirm. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB ROSENFELD, Appellant.— Judgment reversed and the information dismissed on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Dore, J., dissents and votes to affirm.

GEORGE STERN, Respondent, v. PESTI MAGYAR KERESKEDELMI BANK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

1407 BROADWAY REALTY CORP., Respondent, v. ESTHER SHEBY et al., Appellants. 1407 BROADWAY REALTY CORP., Respondent, v. HARRY M. SACHS et al., Appellants. 1407 BROADWAY REALTY CORP., Respondent, v. HARRY FISCHER et al., Appellants.— Determination of the Appellate Term unanimously affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [191 Misc. 104.] [See 274 App. Div. 782.]

1407 BROADWAY REALTY CORP., Respondent, v. MAX GLANZER, Appellant.— Determination unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [191 Misc. 104.]